PHILLIP TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 510-970-4864
    Facsimile: (510) 970-4813
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| KHUDADAD JOHN MASHRIQI,<br><br>    Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-00940-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, the time for Defendant to file the certified administrative record (CAR) be extended sixty (60) days from September 6, 2022, up to and including November 7, 2022.  This is the Defendant's first request for an extension and is due to the fact that the CAR cannot be prepared by the current deadline of September 6, 2022.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  August 26, 2022           /s/  *Young Chul Cho\**
                                          (\*as authorized via e-mail on August 26, 2022)
                                          YOUNG CHUL CHO

Attorney for Plaintiff

Dated:  August 26, 2022

PHILLIP TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/  Mary Tsai
MARY TSAI
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including November 7, 2022, to file the certified administrative record.

Dated:  August 30, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE