Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax:
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Khudadad John Mashriqi

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHUDADAD JOHN MASHRIQI, | Case No.: 2:22-cv-00940-CKD |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE

JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Khudadad John Mashriqi

("Plaintiff") and Kilolo Kijakazi as the Acting Commissioner of Social

1   Security ("Defendant"), that this matter be dismissed with prejudice, each party to

2   bear its own fees, costs, and expenses.  The parties enter into this stipulation

3   pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

4   DATE: December 22, 2022  Respectfully submitted,

5                                               LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

6                                                    /s/  *Young Cho*

7                                BY: _____
                                              Young Cho

8                                              Attorney for plaintiff Khudadad John Mashriqi

9

10  DATE: December 22, 2022          PHILLIP TALBERT
                                                     United States Attorney

11                                                  PETER K. THOMPSON
                                                     Acting Regional Chief Counsel, Region IX

12                                                  Social Security Administration

13

14                                                       /s/ *Mary Tsai*

                                                    _____

15                                                  MARY TSAI
                                                     Special Assistant United States Attorney

16                                                  Attorneys for Defendant KILOLO KIJAKAZI,
                                                     Acting Commissioner of Social Security

17                                                  (Per e-mail authorization)

18

19                                              **ORDER**

20          Approved and so ordered.

21  Dated:  December 27, 2022

22                                              _____
                                                     CAROLYN K. DELANEY

23                                                  UNITED STATES MAGISTRATE JUDGE

24

25

26

-2-